UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JULIANNA MARIE LEWIS,                                Case No. 3:18-cv-00184-JR

       Plaintiff,                                            ORDER DENYING
                                     APPLICATION TO PROCEED
       v.                                               IN FORMA PAUPERIS

DOCTOR ANDREW GRASSLEY;
DOCTOR ZIMMERMAN; DOCTOR
CYNTHIA LENNING; DOCTOR
HILARY PETHEL; DOCTOR JENNIFER
HUNTER; RICHARD IVES, Warden FCI
Sheridan; MARY M. MITCHELL, BOP
Regional Director; IAN CONNORS,
Administrator National Inmate Appeals,

       Defendants.
_____

RUSSO, Magistrate Judge:

       Plaintiff, an inmate at the Federal Correction Institution in Sheridan, Oregon, filed a civil

rights action and applied to proceed in forma pauperis. In the application, an authorized officer

of the institution certifies that plaintiff has $7,653.97 in a prison trust account, with an average

balance during the last six months of $4,079.01. Based upon this certification, the court

concludes that plaintiff is capable of paying the $350.00 filing fee and $50.00 administrative fee

1    - ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

without undue hardship. Accordingly, plaintiff's application to proceed in forma pauperis (ECF No. 1) is DENIED.

Plaintiff shall submit the requisite filing fees ($400.00 in total) within 30 days of the date of this order. Plaintiff is advised that failure to submit the fee shall result in the dismissal of this proceeding without prejudice.

IT IS SO ORDERED.

DATED this 5th day of February, 2018.


 s/Jolie A. Russo
JOLIE A. RUSSO
United States Magistrate Judge