UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JULIANNA MARIE LEWIS, | Case No. 3:18-cv-00184-JR |
| Plaintiff, | ORDER |
| v. | |
| DOCTOR ANDREW GRASSLEY; DOCTOR ZIMMERMAN; DOCTOR CYNTHIA LENNING; DOCTOR HILARY PETHEL; DOCTOR JENNIFER HUNTER; RICHARD IVES; Warden FCI Sheridan; MARY M. MITCHELL, BOP Regional Director; IAN CONNORS, Administrator National Inmate Appeals, | |
| Defendants. | |

RUSSO, Magistrate Judge:

      Plaintiff, a federal inmate at FCI-Sheridan, filed this civil rights action and paid the filing fee. The Clerk of the Court is directed to forward this Order to plaintiff with eight summons(es) and U.S. Marshals Instruction forms.

1   - ORDER

Plaintiff shall complete the summons(es) and instruction forms for each of the defendants and return them to the Clerk of the Court. An original plus four copies of a summons must be returned for each named defendant. Plaintiff is advised that she must check the box on Form USM-285 which reads "Check for service on U.S.A." Because plaintiff files suit against defendants in their individual capacities, plaintiff must also insert the following in the "SPECIAL INSTRUCTIONS" section of Form USM-285 for each of these defendants: "This defendant is sued in his/her individual capacity, therefore personal service is required."

Upon receipt of the completed summons(es) and instruction forms by the court, IT IS ORDERED that the Clerk shall issue process as to defendants. Service of the summons and complaint shall be made by the United States Marshals Service. The United States Marshals Service is DIRECTED to serve copies of the summons(es) and Complaint on: (1) the U.S. Attorney for the District of Oregon; and (2) the U.S. Attorney General in Washington, D.C. IT IS SO ORDERED.

DATED this 1st day of March 2018.

    s/Jolie A. Russo
JOLIE A. RUSSO
United States Magistrate Judge

2    - ORDER