Robert S. Banks, Jr., OSB No. 821862
Banks Law Office, PC
1050 SW Sixth Avenue, Suite 1100
Portland, Oregon  97204
503-222-7475
bob@bankslawoffice.com

      Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JULIANA MARIE LEWIS, | Case No. 3:18-cv-00184-MK |
|     Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE |
| vs. | |
| ALIX MCLEAREN, ALISON LEUKEFELD, CHRIS BINA, THOMAS SCARANTINO, DONALD LEWIS, the UNITED STATES OF AMERICA, the UNITED STATES BUREAU OF PRISONS; and J. DOE AS MEDICAL DIRECTOR OF THE UNITED STATES BUREAU OF PRISONS, | |
|     Defendants. | |

    Pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure and the terms of a

///

///

**Page - 1 STIPULATION OF DISMISSAL WITH PREJUDICE**

Banks Law Office, P.C.
1050 SW Sixth Avenue
Suite 1100
Portland, Oregon  97204
503-222-7475
www.bankslawoffice.com

settlement agreement, the parties stipulate to the dismissal of this action with prejudice and without costs, fees, or expenses to any party.

DATED  September 30, 2020

| BANKS LAW OFFICE, P.C. | BILLY J. WILLIAMS |
| --- | --- |
| | United States Attorney |
| | District of Oregon |
| s/ Robert S. Banks, Jr. | |
| | s/ Sean E. Martin |
| _____ | _____ |
| Robert S. Banks, Jr.  OSB 821862 | SEAN E. MARTIN OSB 054338 |
| Attorney for Plaintiff | Assistant U.S. Attorney |
| | Attorneys for Defendants |

**Page - 2 STIPULATION OF DISMISSAL
WITH PREJUDICE**

Banks Law Office, P.C.
1050 SW Sixth Avenue
Suite 1100
Portland, Oregon  97204
503-222-7475
www.bankslawoffice.com